

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Cameron Miles, Appellant

No. 06-18-00147-CR    v.

The State of Texas, Appellee

Appeal from the 16th District Court of Denton County, Texas (Tr. Ct. No. F17-418-158). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Cameron Miles, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 22, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk